```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/13/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

DANTE PETTEWAY,

                       Defendant.

24 Cr. 80 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    An initial conference in this matter shall be scheduled for **March 19, 2024**, at **1:30 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: March 13, 2024
        New York, New York

ANALISA TORRES
United States District Judge