```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/25/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

          -against-

DANTE PETTEWAY,

                    Defendant.

24 Cr. 80 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant shall appear for a change-of-plea hearing on **July 15, 2024**, at **10:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: June 25, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge